**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LINDA BARRETT,

    Plaintiff,

v.                                                                       CV No. 17-677 JB/CG

FAMILY DOLLAR STORES
OF NEW MEXICO, INC.,

    Defendant

## ORDER VACATING INITIAL SCHEDULING ORDER
## AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 8), and Telephonic Rule 16 Scheduling Conference set for September 12, 2017 at 2:30 p.m. are **VACATED.**

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE