**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LINDA BARRETT,

    Plaintiff,

v.                                                         CV No. 17-677 JB/CG

FAMILY DOLLAR STORES
OF NEW MEXICO, INC.,

    Defendant.

## ORDER TO SUBMIT CLOSING DOCUMENTS AND VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court after being informed that the case has settled.

**IT IS THEREFORE ORDERED** that the status conference set for August 2, 2018, and the settlement conference set for August 14, 2018, are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall submit closing documents by **July 26, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE